ARRELLO BARNES, Appellant, v STATE OF NEW YORK, Respondent.

Submitted November 3, 2008; decided December 17, 2008

On the Court's own motion, appeal dismissed, without costs,

upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.